UNITED STATES of America,
Plaintiff–Appellee,

v.

Gerardo RUIZ–GARCIA, Defendant–
Appellant.

No. 01–30061.
D.C. No. CR–00–00231–KI.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 10, 2001 *.

Decided Sept. 24, 2001.

Before HUG, PREGERSON and
WARDLAW, Circuit Judges.

MEMORANDUM **

Gerardo Ruiz–Garcia appeals his thirty-seven month sentence imposed following a guilty plea conviction for one count of illegally reentering the United States following deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742, and we affirm.

Ruiz–Garcia contends that his prior Oregon state conviction for being a felon in possession of a firearm, in violation of OR. REV. STAT. § 166.270(1), is not an aggravated felony under 8 U.S.C. § 1101(a)(43)(E)(ii). Ruiz–Garcia argues that, because § 166.270(1) does not contain an interstate or foreign commerce element, it is not an offense "described in" 18 U.S.C. § 922(g)(1). That contention, however, is foreclosed by our decision in *United States v. Castillo–Rivera*, 244 F.3d 1020, 1021–1024 (9th Cir.2001), *pet. for cert. filed* (Aug. 3, 2001) (No. 01–5631) (concluding that the commerce element is not required in order for a state felon in possession offense to qualify as an aggravated felony under the Immigration and Nationality Act).

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.